SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

LINDA ZISKIN, SBN: 196293
Ziskin Law Office
PO Box 753833
Las Vegas, NV 89136
Telephone: (503) 889-0472
Facsimile: (888) 889-5776
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO BRANCH

| | |
|---|---|
| JAMES BROWN, | No. 2:16-CV-02349-CMK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| NANCY A. BERRYHILL, | EXTENDING PLAINTIFF'S TIME TO |
| Acting Commissioner of Social Security | FILE A MOTION FOR SUMMARY |
| Defendant. | JUDGMENT/REMAND |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For Summary Judgment/Remand in the above-referenced case is hereby extended to the new due date of July 17, 2017, and all other deadlines be extended accordingly.

This extension (30 days) is requested because Attorney Ziskin has some minor, but time-consuming medical and dental procedures scheduled over the next few weeks.

DATED: June 5, 2017

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

s/ Linda Ziskin
LINDA ZISKIN
  Of Attorneys for Plaintiff

s/ Marcelo N. Illarmo
MARCELO N. ILLARMO
  (as authorized via e-mail)
Special Assistant U S Attorney
  Of Attorneys for Defendant

Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to File a Motion for Summary Judgment/Remand, the request is hereby APPROVED.

Plaintiff shall file his Motion for Summary Judgment/Remand on or before July 17, 2017.

SO ORDERED.

Dated: June 8, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE