1   SHELLIE LOTT, SBN:   246202
    Cerney Kreuze & Lott, LLP
2   42 N. Sutter Street, Suite 400
    Stockton, California 95202
3   Telephone: (209) 948-9384
    Facsimile: (209) 948-0706
4

5   Attorney for Plaintiff

6               UNITED STATES DISTRICT COURT

7       EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO BRANCH

8

9   JAMES BROWN,                          No.  2:16-cv-02349-CMK

10              Plaintiff,

11      v.                                **STIPULATION AND ORDER
                                          EXTENDING PLAINTIFF'S TIME TO
12  NANCY A. BERRYHILL,                   FILE A MOTION FOR SUMMARY
    Acting Commissioner of Social Security JUDGMENT**
13
                Defendant.
14

15

16          IT IS HEREBY STIPULATED by and between the parties, through their respective

17  undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For

18  Summary Judgment in the above-referenced case is hereby extended from the present due date of

19  July 17, 2017, by sixty days, to the new due date of September 15, 2017, **and all other deadlines

20  be extended accordingly**.  This extension is requested because the writer has accepted a position

21  as attorney-advisor at Las Vegas ODAR and must withdraw from all pending cases.
22

23  DATED:  July 13, 2017                 PHILLIP A. TALBERT
                                          United States Attorney
24                                        DEBORAH LEE STACHEL
                                          Regional Chief Counsel, Region IX
25

26  /s/ Shellie Lott                       /s/ Marcelo N. Illarmo
    SHELLIE LOTT,                         MARCELO N. ILLARMO,
27  Attorney for Plaintiff                (As authorized via E-mail 07/13/17)
                                          Special Assistant U S Attorney
28                                        Attorneys for Defendant

                            1

1
SHELLIE LOTT, SBN:   246202
Cerney Kreuze & Lott, LLP
2
42 N. Sutter Street, Suite 400
Stockton, California 95202
3
Telephone: (209) 948-9384
4
Facsimile: (209) 948-0706

5
Attorney for Plaintiff

6

UNITED STATES DISTRICT COURT
7

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION
8

9

| | |
|---|---|
| JAMES BROWN, | No.  2:16-cv-02349-CMK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security | |
| Defendant. | |

16
       Pursuant to the stipulation of the parties showing good cause for a requested extension of
17
Plaintiff's time to File A Motion For Summary Judgment, the request is hereby APPROVED.
18
       Plaintiff shall file his Motion For Summary Judgment on or before September 15, 2017.
19
       SO ORDERED.
20
       Dated:  July 21, 2017
21

_____
22
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

2