**SHELLIE LOTT**, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

**LINDA S. ZISKIN**, SBN: 196293
Ziskin Law Office
linda@ziskinlawoffice.com
PO Box 753833
Las Vegas, NV 89136
Voice: (503) 889-0472
Fax: (888) 889-5776
  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BROWN, | Case No.: 2:16-cv-02349-TLN-CMK |
| Plaintiff, | |
| vs. | UNOPPOSED MOTION AND ORDER TO WITHDRAW AS ATTORNEY |
| COMMISSIONER of Social Security, | |
| Defendant | |

The above-captioned attorney, Linda S. Ziskin, hereby motions the Court to grant a withdrawal in this case. Defendant's Counsel has no objection to this Motion. Attorney Ziskin can no longer represent Plaintiff, as she is entering government service as an Attorney-Advisor

MOTION AND ORDER FOR ATTORNEY WITHDRAWAL

1

for Defendant. Any continuing involvement by Attorney Ziskin with the case would constitute an unlawful conflict under 18 U.S.C. § 205.

Upon granting of this Motion, please remove Attorney Linda S. Ziskin from the ECF notification system for this case. Attorney Shellie Lott will remain as Counsel of Record.

Respectfully submitted this 20th day of July, 2017.

        /s/ *Linda S. Ziskin*
        LINDA S. ZISKIN
        (503)889-0472

MOTION AND ORDER FOR ATTORNEY WITHDRAWAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BROWN, | Case No.: 2:16-cv-02349-TLN-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER of Social Security, | |
| Defendant | |

Plaintiff's Motion for Withdrawal of Attorney Ziskin is hereby GRANTED.

Dated: September 20, 2017

_____
Troy L. Nunley
United States District Judge

MOTION AND ORDER FOR ATTORNEY WITHDRAWAL