PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BROWN, <br><br> Plaintiff, <br><br> v. <br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:16-cv-02349-TLN-CMK <br><br> STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from October 15, 2017 to November 14, 2017. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because Defendant's counsel has a higher than normal workload. In addition, Defendant's counsel will be on leave from October 13 through October 22.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: October 2, 2017 | | */s/ Shellie Lott\** |
| | | (*as authorized via e-mail on 10/2/17) |
| | | SHELLIE LOTT |
| | | Attorney for Plaintiff |

Dated: October _, 2017        PHILLIP A. TALBERT
                              United States Attorney
                              DEBORAH LEE STACHEL
                              Acting Regional Chief Counsel, Region IX
                              Social Security Administration

                    By:       */s/ Marcelo Illarmo*
                              MARCELO ILLARMO
                              Special Assistant United States Attorney

                              Attorneys for Defendant


ORDER

APPROVED AND SO ORDERED:

Dated: October 4, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE